IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SELENA BROWN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 1:09-CV-0168-CAM-LTW |
| EQUIFAX INFORMATION : | |
| SERVICES LLC, : | |
| : | |
| Defendant. : | |

## **MAGISTRATE JUDGE'S ORDER**

Currently before the Court is Defendant's Motion for Leave to File Supplemental Declaration of Ursula Ramirez in Support of Equifax Information Services LLC's Motion for Summary Judgment. Docket Entry [35]. Defendant seeks leave of the Court to supplement the previously filed affidavit of Ursula Ramirez to explain the "DISPUTE" code and confirmation numbers that have become central to Plaintiff's opposition. Plaintiff has not filed a response in opposition to Defendant's motion.

In accordance with Local Rule 7.1(B) Defendant's request is deemed unopposed

and is therefore **GRANTED**.  Docket Entry [35].

IT IS SO ORDERED, this 3rd day of December, 2009.

s/Linda T. Walker  
LINDA T. WALKER  
UNITED STATES MAGISTRATE JUDGE
