UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SELENA BROWN,                         :

      Plaintiff,                  :

         v.                         :       1:09-cv-168-CAM-LTW

EQUIFAX INFORMATION                   :
SERVICES, LLC,
                                :
      Defendant.

### ORDER

Magistrate Judge Linda T. Walker's Final Report and Recommendation of February 16, 2010 [#40], to which no objections were filed, having been read and considered; the court hereby ADOPTS said Report and Recommendation. For the reasons set forth in the Report and Recommendation, the court hereby GRANTS Defendant's motion for summary judgment [#30].

The Clerk of the court is hereby DIRECTED to CLOSE this case.

SO ORDERED, this 17th day of March, 2010.

                                                CHARLES A. MOYE, JR.
                                                UNITED STATES DISTRICT JUDGE

CAM:S